**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **PLASTINATION COMPANY, INC.** | ) | **CASE NO:   1:05CV0594** |
| | ) | |
| Plaintiff, | ) | **JUDGE BOYKO** |
| | ) | |
| vs. | ) | <u>**PROPOSED ORDER ON JOINT**</u> |
| | ) | <u>**MOTION FOR STANDSTILL OF**</u> |
| **PREMIER EXHIBITIONS, INC.** | ) | <u>**LITIGATION DURING**</u> |
| | ) | <u>**MEDIATION/ AND ADDITIONAL**</u> |
| Defendant. | ) | <u>**TIME, IF NECESSARY**</u> |

On this day came the parties, by counsel on their Motion for a Standstill of all Litigation activities, including any rulings on pending motions before the Court, for purposes of permitting the parties, through March 31, 2006, to mediate this matter before a third party, and potentially resolve it. Upon joint representation of counsel, and for good cause shown, it hereby ORDERED:

1. The parties are hereby given until March 31, 2006 to conduct a mediation to resolve this matter ("Standstill Period"). During this Standstill Period, all pretrial deadlines and litigation activities shall be suspended until reset by the Court. The Standstill Period shall remain in effect through the earlier of March 31, 2006 or the failure of the attempted mediation, as determined by either party.

2. During the Standstill Period, the parties will cooperate in good faith in an attempt to reach an agreement on the additional time needed to complete discovery and other pretrial activities, if necessary.

3. In the event that the mediation fails, or has not produced a resolution by March 31, 2006, the parties will so advise the Court, and the Court shall conclude the Standstill Period, rule on the pending Motion to Compel, and reset the pretrial schedule to allow additional time

for discovery and subsequent events to be completed. The Court understands that both parties request additional time in this regard, that Plaintiff requests the remaining discovery time plus an additional one month and Defendant requests the remaining discovery time plus six months, and will adjust the pretrial schedule taking into account these requests.

      SO ORDERED this _____ day of _____, 2006.

                                                            _____
                                                             United States District Judge